**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-22-0000043**
**23-NOV-2022**
**07:58 AM**
**Dkt. 66 OAWST**

NO. CAAP-22-0000043

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

LARRY KAWAAUHAU, Plaintiff-Appellee, v. HAWAIIAN PARADISE PARK OWNERS ASSOCIATION, Defendant-Appellee, and MAYELIN STILLWELL; LESLIE BLYTH, Defendants-Appellants, and JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE GOVERNMENTAL ENTITIES 1-10; AND DOE ENTITIES 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 19-1-0184)

ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEAL
(By: Wadsworth, Presiding Judge, Nakasone and Chan, JJ.)

Upon consideration of the November 17, 2022 Stipulation for Dismissal With Prejudice as to All Claims and Parties (**Stipulation**) filed by Defendants-Appellants Mayelin Stillwell and Leslie Blyth, Individually and as Former Board Directors of the Hawaiian Paradise Park Owners Association (**Appellants**), the papers in support, and the record, it appears that:

(1) the appeal has been docketed;

(2) pursuant to Hawaiʻi Rules of Appellate Procedure Rule 42(b), the parties stipulate for dismissal of the appeal with prejudice, that there are no other pending claims and issues between the parties, and each party is to bear their own fees and costs; and

(3) the Stipulation is dated and signed by counsel for all parties appearing in the appeal.

IT IS HEREBY ORDERED that the Stipulation is approved, and the appeal is dismissed with prejudice.

DATED:  Honolulu, Hawaiʻi, November 23, 2022.

/s/ Clyde J. Wadsworth
Presiding Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Derrick H.M. Chan
Associate Judge